JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KEKAHUNA, an individual, and JANICE VARLEY, an individual, <br><br> PLAINTIFFS, <br><br> vs. <br><br> CORPORATE TRAVEL MANAGEMENT NORTH AMERICA INC., KATHLEEN ROTH, and DOES 1 through 50, inclusive, <br><br> DEFENDANTS. | Case No. 2:21-cv-01238 <br> (Los Angeles Superior Court, Case No. 20GDCV00303) <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Complaint Filed: March 6, 2020 |

//
//
//
//

**ORDER**

Having considered the parties' Joint Stipulation for Dismissal of the Action with Prejudice, and having found good cause for the same, this action is Dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 24, 2021

By: /s/ Michael W. Fitzgerald

MICHAEL W. FITZGERALD
United States District Judge